IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUN 13 P 3: 52

DAVID EMERSON,

        Plaintiff,

vs.

GUIDANT CORPORATION,
GUIDANT SALES
CORPORATION, and Sales
representatives, CARDIAC
PACEMAKERS, INC., and
Fictitious Defendants A, B, C, D, E,
F, being those persons, Sales
Representatives, firms or
corporations whose fraud, scheme to
defraud, negligence and/or other
wrongful conduct caused or
contributed to the Plaintiff's injuries
and damages, and whose true names
and identities are presently
unknown to the Plaintiff but will be
substituted by amendment when
ascertained,

        Defendants.

Case Number 2:06cv525-ID

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendants Guidant Corporation, Guidant Sales Corporation and Cardiac Pacemakers, Inc. state the following:

1

1. Effective as of April 21, 2006, Guidant Corporation is a wholly-owned subsidiary of Boston Scientific Corporation. Based on currently available information, no publicly held company or investment fund holds a 10% or greater ownership interest in Boston Scientific Corporation.

2. Defendant Guidant Sales Corporation is a wholly-owned subsidiary of Cardiac Pacemakers, Inc., which is a wholly-owned subsidiary of Guidant Corporation, which, as noted above is a wholly-owned subsidiary of Boston Scientific Corporation.

3. Defendant Cardiac Pacemakers, Inc. is a wholly-owned subsidiary of Guidant Corporation, which, as noted above is a wholly-owned subsidiary of Boston Scientific Corporation.

Respectfully submitted this the 13 day of June 2006.

Respectfully submitted,

_____
George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: gparker@bradleyarant.com

Fred M. Haston III
Andrew B. Johnson
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: ajohnson@bradleyarant.com
thaston@bradleyarant.com
Attorneys for Defendants Guidant Corporation, Guidant Sales Corporation and Cardiac Pacemakers, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing via U.S. Mail, on this 13 day of June, 2006, to the following:

Thomas P. Melton
Alvis & Willingham, LLP
1400 Urban Center Drive, Ste. 475
Birmingham, Alabama 35242
*Counsel for Plaintiff*

*George R Pal*
OF COUNSEL