BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Guidant Corp. Implantable
Defibrillators Products Liability       MDL No. 1708
Litigation

### TWENTY-SEVENTH NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Guidant Corporation, Guidant Sales Corporation and Cardiac Pacemakers, Inc. hereby respectfully notify the Clerk of the Panel of potential tag-along actions as set forth below and state as follows:

1. By Motion to Transfer dated June 14, 2005, Plaintiff Darcy Munson sought consolidation and coordination of several actions as set forth in the Schedule of Actions attached thereto.

2. By Transfer Order dated November 7, 2005, the Panel ordered that the actions subject to the Motion for Transfer be transferred to the District Court for the District of Minnesota and assigned to the Honorable Donovan W. Frank for coordinated and consolidated pretrial proceedings.

3. The following potential tag-along actions, like those actions identified in the original Schedule of Actions attached to Munson's Motion to Transfer, are pending in federal courts and involve allegations of injuries from cardiac medical devices:

- FLORIDA
   - *Patterson, Harriett vs. Guidant Corporation*, et al., Case No. 3:06-cv-511 (USDC MD FL) filed on June 6, 2006;

2010272v1

- 1 -

EXHIBIT B

- MAINE
    - *Caron, Donna vs. Guidant Corporation;* Case No. 1:06-cv-70 (USDC ME) filed on June 2, 2006;

- TEXAS
    - *Ballard, Mary vs. Guidant Corporation, et al.;* Case No. 3:06-cv-0985 (USDC ND TX) filed on June 5, 2006;

- UTAH
    - *Hunt, Jeffrey, et al. vs. Guidant Corporation, et al.;* Case No. 2:06-cv-00446 (USDC UT) removed on June 5, 2006.

4. Transfer of the potential tag-along actions to the District of Minnesota for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in this Panel's Transfer Order.

5. Copies of the Complaints in these cases are attached hereto for the Panel's convenience.

Respectfully submitted,

Timothy A. Pratt   by Jane Q. Bartley
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816:421-5547
tpratt@shb.com

**Counsel for Defendants Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation**

2010272v1

- 2 -

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Guidant Corp. Implantable
Defibrillators Products Liability
Litigation

MDL No. 1708

## PROOF OF SERVICE

I hereby certify that on June 9, 2006, a copy of the Twenty-Seventh Notice of Potential Tag-Along Actions was served on counsel listed below, via U.S. Mail.

_____
Timothy A. Pratt by David J. Bartley
Counsel for Defendants Guidant
Corporation, Cardiac Pacemakers, Inc. and
Guidant Sales Corporation

Charles S. Zimmerman
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
Phone: 612-341-0400
Fax: 612-341-0844
*Plaintiffs' Lead Counsel*

Richard Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
Alexandria, LA 71301
Phone: 318-487-9874
Fax: 318-561-2591
*Planitffs' Lead Counsel*

Elizabeth Cabraser
LIEFF, CABRASER, HEMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Phone: 415-956-1000
Fax: 415-956-1008
*Plaintiffs' Lead Counsel*

Seth R. Lesser
LOCKS LAW FIRM, PLLC
110 East 55th Street
New York, NY 10022
Phone: 212-838-3333
Fax: 212-838-3735
*Plaintiffs' Lead Counsel*

Michael Goetz
MORGAN & MORGAN, P.A.
101 East Kennedy Blvd., Suite 1790
Tampa, Florida 33602
Phone: 813-223-5505
Fax: 813-223-5402
*Plaintiff's Counsel for Patterson vs. Guidant Corporation, et al.*

Gregory Paul Hansel
PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLP
Post Office Box 9546
Portland, ME 04112-9546
Phone: 207-791-3000
Fax: 207-791-3111
*Plaintiff's Counsel for Caron vs. Guidant Corporation*

James Craig Orr, Sr.
HEYGOOD, ORR, REYES & BARTOLOMEI
909 Lake Carolyn Parkway
Seventeenth Floor
Irving, Texas 75039
Phone: 817-633-2800
Fax: 817-633-3988
*Plaintiff's Counsel for Ballard vs. Guidant Corporation, et al.*

Douglas G. Mortensen
MATHESON, MORTENSEN, OLSEN & JEPPSON, P.C.
648 East 100 South
Salt Lake City, Utah 84102
Phone: 801-363-2244
*Plaintiffs' Counsel for Hunt vs. Guidant Corporation, et al.*