**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 28, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Emerson v. Guidant Corporation et al

**Case Number:** 2:06-cv-00525-ID

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review. Reference is made to docket entry # 5 filed on August 25, 2006.**