IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID EMERSON,** | ) |
| | ) |
| *PLAINTIFF,* | ) |
| | ) |
| *vs.* | )   2:06CV525-ID |
| | ) |
| **GUIDANT CORPORATION,** | ) |
| **GUIDANT SALES CORPORATION,** | ) |
| **and Sales representatives, CARDIAC** | ) |
| **PACEMAKERS, INC., et.al.** | ) |
| | ) |
| *DEFENDANTS.* | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Thomas P. Willingham of the firm Alvis & Willingham, L.L.P., and enters his appearance as attorney of record for the Plaintiff in the above-referenced case.

Done this the 25th of August, 2006.

Respectfully Submitted,

_____/S/ Thomas P. Willingham
THOMAS P. WILLINGHAM
Attorney for Plaintiff, David Emerson

**OF COUNSEL:**

ALVIS & WILLINGHAM, L.L.P.
1400 Urban Center Drive, Suite 475
Birmingham, AL 35242
Telephone:   (205) 298-1011
Facsimile:    (205) 298-1012

## CERTIFICATE OF SERVICE

       I hereby certify that on this the 25th day of August, 2006, I electronically filed the foregoing with the clerk of the Court using ECF system which sent notification of such filing to the following:

George R. Parker, Esq.
Bradley, Arant, Rose & White, L.L.P.
The Alabama Center of Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Fred M. Haston, III, Esq.
Andrew B. Johnson, Esq.
Bradley, Arant, Rose & White, L.L.P.
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

/S/ Thomas P. Willingham
Of Counsel