IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID EMERSON,** | ) |
| | ) |
| *PLAINTIFF,* | ) |
| | ) |
| *vs.* | )   2:06CV525-ID |
| | ) |
| **GUIDANT CORPORATION,** | ) |
| **GUIDANT SALES CORPORATION,** | ) |
| **and Sales representatives, CARDIAC** | ) |
| **PACEMAKERS, INC., et.al.** | ) |
| | ) |
| *DEFENDANTS.* | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Rick Alvis of the firm Alvis & Willingham, L.L.P., and enters his appearance as attorney of record for the Plaintiff in the above-referenced case.

Respectfully Submitted,

_____
K. RICK ALVIS
Attorney for Plaintiff, David Emerson

**OF COUNSEL:**

ALVIS & WILLINGHAM, L.L.P.
1400 Urban Center Drive, Suite 475
Birmingham, AL 35242
Telephone:   (205) 298-1011
Facsimile:   (205) 298-1012

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the _____ day of _____, 2005, I electronically filed the foregoing with the clerk of the Court using ECF system which sent notification of such filing to the following:

George R. Parker, Esq.
Bradley, Arant, Rose & White, L.L.P.
The Alabama Center of Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Fred M. Haston, III, Esq.
Andrew B. Johnson, Esq.
Bradley, Arant, Rose & White, L.L.P.
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

                                                                                                                           _____
                                                                                                                           Of Counsel