**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 29, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Emerson v. Guidant Corporation et al

Case Number:   2:06-cv-00525-ID

Referenced Pleading:   Notice of Appearance

Docket Entry Number:   7

**The referenced pleading was filed on \*\*\*August 28, 2006\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.  This pleading was E-filed by counsel.**

**Docket Entry 7 was an erroneous duplicate docket entry.  Parties are instructed to disregard #7 docketing entry and refer to docket entry # 8 for correction.**