A CERTIFIED TRUE COPY
AUG 17 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED AUG - 1 2006

2006 AUG 28 A 10: 0  FILED
CLERK'S OFFICE

DOCKET NO. 1708

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-16)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 171 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NED
AUG 2 2 2006
U.S. DISTRICT COURT MPLS

Case 2:06-cv-00525-ID-SRW   Document 10   Filed 08/28/2006   Page 2 of 4
Case 0:05-md-01708-DWF-AJB   Document 504   Filed 08/21/2006   Page 2 of 3

Page 1 of 2

# SCHEDULE CTO-16 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2  06-525 | David Emerson v. Guidant Corp., et al.  06-3387 |
| **ALABAMA NORTHERN** | |
| ALN 2  06-1254 | Ebbie Myers, etc. v. Guidant Corp., et al.  06-3388 |
| **CALIFORNIA NORTHERN** | |
| CAN 3  06-3789 | Richard A. Harris v. Guidant Corp.  06-3389 |
| CAN 3  06-3922 | Kenneth B. Ricker v. Guidant Corp.  06-3390 |
| **FLORIDA MIDDLE** | |
| FLM 3  06-511 | Harriett Patterson, etc. v. Guidant Corp., et al.  06-3391 |
| **KANSAS** | |
| ~~KS 6  06-1191~~ | ~~Michele Shannon v. Jesus Val Mejias, M.D., et al.~~  Opposed 8/17/06 |
| **KENTUCKY WESTERN** | |
| KYW 1  06-87 | James G. Ritter, etc. v. Guidant Corp., et al.  06-3392 |
| KYW 3  06-287 | Mary Ann Mudd v. Guidant Corp., et al.  06-3393 |
| KYW 4  06-85 | Olen D. Davis v. Guidant Corp., et al.  06-3394 |
| **LOUISIANA EASTERN** | |
| LAE 2  06-2991 | Albertha Shorty v. Guidant Corp., et al.  06-3395 |
| LAE 2  06-2995 | Elvina D. Carr v. Guidant Corp., et al.  06-3396 |
| LAE 2  06-3050 | Marie Davis v. Guidant Corp., et al.  06-3397 |
| LAE 2  06-3051 | John William Rhodes, Jr., et al. v. Guidant Corp., et al.  06-3398 |
| LAE 2  06-3058 | Clinton Bourgeois, et al. v. Guidant Corp., et al.  06-3399 |
| **LOUISIANA MIDDLE** | |
| LAM 3  06-413 | Joseph D. Truxillo, Sr. v. Guidant Corp., et al.  06-3400 |
| LAM 3  06-419 | Betty Ann Davis v. Guidant Corp.  06-3401 |
| LAM 3  06-463 | Clara Norman, et al. v. Merck & Co., Inc., et al.  06-3402 |
| **LOUISIANA WESTERN** | |
| LAW 1  06-986 | Nadine Linn v. Guidant Corp., et al.  06-3403 |
| LAW 1  06-988 | Rose Bialy, etc. v. Guidant Corp., et al.  06-3404 |
| LAW 1  06-990 | Cecilia James, et al. v. Guidant Corp., et al.  06-3405 |
| LAW 1  06-991 | Kawanda Edwards, et al. v. Guidant Corp., et al.  06-3406 |
| LAW 2  06-989 | Shirley Smith, et al. v. Guidant Corp., et al.  06-3407 |
| LAW 3  06-981 | Wilma Young v. Guidant Corp., et al.  06-3408 |
| LAW 5  06-976 | Mary Meitz Randinelli, et al. v. Guidant Corp., et al.  06-3409 |
| LAW 5  06-977 | William Lund, et al. v. Guidant Corp., et al.  06-3410 |
| LAW 5  06-978 | Karen Walker, etc. v. Guidant Corp., et al.  06-3411 |
| LAW 6  06-993 | William Ortego, et al. v. Gudiant Corp., et al.  06-3412 |
| LAW 6  06-994 | Debra Robert, etc. v. Guidant Corp., et al.  06-3413 |
| LAW 6  06-995 | Thelma Irvin v. Guidant Corp., et al.  06-3414 |
| LAW 6  06-1009 | Yuber S. Bullock v. Guidant Corp.  06-3415 |

SCHEDULE CTO-16 TAG-ALONG ACTIONS (MDL-1708)                                    Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **MAINE** | | |
| ME 1 06-70 | Donna Caron v. Guidant Corp. | 06-3416 |
| **OHIO NORTHERN** | | |
| OHN 1 06-1582 | Cardienne Morris, et al. v. Guidant Corp., et al. | 06-3417 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-2489 | Karen M. Sedler, etc. v. Boston Scientific Corp., et al. | 06-3418 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 1 06-1212 | Donald Wilhelm, etc. v. Boston Scientific Corp., et al. | 06-3419 |
| **TENNESSEE WESTERN** | | |
| TNW 2 06-2384 | Nancy Doss v. Guidant Corp., et al. | 06-3420 |
| **TEXAS EASTERN** | | |
| TXE 2 06-232 | Thomas Dunn, et al. v. Guidant Corp., et al. | 06-3421 |
| TXE 4 06-249 | Adriana Araya, et al. v. Cardiac Pacemakers, Inc. | 06-3422 |
| **TEXAS NORTHERN** | | |
| TXN 3 06-985 | Mary Ballard v. Guidant Corp., et al. | 06-3423 |
| TXN 3 06-1080 | Maria Hernandez, etc. v. Guidant Corp., et al. | 06-3424 |
| **TEXAS SOUTHERN** | | |
| TXS 4 06-2143 | Gloria Smith v. Guidant Corp., et al. | 06-3425 |
| TXS 4 06-2144 | J.C. Bowie v. Guidant Corp., et al. | 06-3426 |
| **UTAH** | | |
| UT 2 06-446 | Jeffrey Hunt, et al. v. Guidant Corp., et al. | 06-3427 |

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 29, 2006

Richard D. Sletten, Clerk
Clerk of Court
United States District Court
District of Minnesota
300 S. Fourth St., Room 202
Minneapolis, MN 55415

Re:   MDL 1700 In re Guidant Corp. Implantable Defibrillators
      Products Liability Litigation

      Civil Action No. 2:06cv525(SRW)

      Emerson v. Guidant Corporation et al

Dear Mr. Sletten:

Please find enclosed a certified copy of the complaint, together with certified copies of the docket entries in the above-styled case. This case is being transferred to your court pursuant to Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 8/1/06.

Please acknowledge receipt of same by returning to us the enclosed copy of this letter.

Sincerely,

DEBRA P. HACKETT, CLERK

By:
   Von Austin
   Deputy Clerk

DPH/vma

Enclosures

cc:   File
      All counsel of record